Ognian Gavrilov, SBN 258583 (*Designated counsel for service*)
Sheila Pendergast, SBN 251562
Gregory P. O'Dea, SBN 110966
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:(916) 504-0529
Facsimile:(916) 727-6877
Email: ognian@gavrilovlaw.com

Attorneys for Plaintiff
THOMAS ALDREDGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALDREDGE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　　Defendant. | Case No. 2:19-CV-01140-JAM-KJN<br><br>**AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO CONTINUE DATES DUE TO CORONAVIRUS** |

**TO THE COURT:**

　　Plaintiff THOMAS ALDREDGE ("plaintiff") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("defendant") hereby submit this Stipulation and [Proposed] Order to the Court for approval.

　　WHEREAS, the close of discovery is presently set for March 12, 2021;

　　WHEREAS, the current deadline to file dispositive motions is April 20, 2021, with the hearing to be held on May 18, 2021;

- 1 -
AMENDED JOINT STIPULATION TO MODIFY SCHEDULING ORDER

WHEREAS, the final pre-trial conference is set for June 25, 2021;

WHEREAS, the trial is set for August, 2, 2021;

WHEREAS, Defendant timely disclosed expert witnesses on January 8, 2021 and Plaintiff disclosed supplemental and rebuttal expert witnesses on January 22, 2021;

WHEREAS, the ongoing COVID-19 pandemic has impacted the parties' discovery and will continue to impact the discovery, including the conducting of multiple depositions which remain to be taken;

WHEREAS, the State of California and the County of Sacramento have announced a public health emergency mandating the closure of non-essential businesses and that requires residents of the State of California and the County of Sacramento to avoid congregating with people outside their immediate family or household,  and to refrain from all non-essential travel;\

WHEREAS, COVID-19 cases and deaths have increased to record levels and are expected to substantially rise over the ensuing several months, and ICU capacity in the State of California is substantially over-burdened;

WHEREAS, in-person depositions of the witnesses would require travel and the congregation of multiple people in a confined space for hours;

WHEREAS, the parties agree that it would be more constructive if the depositions could proceed at a point in time when COVID-19 cases have at least stabilized and the State and County have eased current restrictions on congregation in indoor spaces and non-essential travel;

WHEREAS, the parties have met and conferred and hereby stipulate and agree that a continuance of all currently pending dates for approximately 150 days may allow time for the parties to conduct and complete depositions at a point in time when COVID-19 cases have at least stabilized and the State and County have eased current restrictions on congregation in indoor spaces and non-essential travel;

WHEREAS, the parties have already disclosed their expert witnesses, and therefore, do not request that new dates for expert witness disclosure be set by the Court;

WHEREAS, the new dates requested by the parties are as follows:

1. The date for the completion of all discovery, percipient and expert, shall be August 6, 2021; the dates for designation of experts have passed and are unchanged;

2. The last date to file dispositive motions shall be September 17, 2021 with hearing on such motions to be on November 2, 2021 at 1:30 p.m.;

3. The Joint Mid-Litigation Statement Filing Deadline shall be fourteen (14) days prior to the close of discovery;

4. The final pre-trial conference shall be set for January 14, 2022.

5. The trial shall commence on March 7, 2022.

WHEREFORE, the parties hereby stipulate, and respectfully ask the Court to modify the Scheduling Order by continuing the discovery cut-off date, the filing deadline and hearing date for dispositive motions, and the final pre-trial conference date by 150 days, as indicated hereinabove, and without prejudice to requesting an additional extension of these dates should the public health emergency so require.  As previously ordered by the court, not later than fourteen (14) days prior to the close of the continued discovery cut-off date, the parties will file a brief joint mid-litigation statement summarizing all law and motion practice heard by the court as of the date of the filing of the statement, whether the court has disposed of the motion at the time the statement is filed and served, and the likelihood that any further motions will be noticed prior to the close of law and motion.

**IT IS SO STIPULATED**.

Dated: February 4, 2021                    GAVRILOV & BROOKS

                                                  By /s/ *Ognian Gavrilov*
                                                  OGNIAN GAVRILOV
                                                  Attorneys for Plaintiff
                                                  THOMAS ALDREDGE

Dated: February 4, 2021  McCORMICK BARSTOW, LLP

By /s/ *Dana B. Denno*
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

**ORDER**

Pursuant to the stipulation of the parties, the deadlines previously set by the Court in this case, are hereby extended by 150 days, as follows:

1. The date for the completion of all discovery, percipient and expert, shall be continued from March 12, 2021 to August 6, 2021;

2. The last date to file dispositive motions shall be continued from April 20, 2021 to September 17, 2021 with hearing on such motions to be continued from May 18, 2021 to November 2, 2021 at 1:30 p.m.;

3. The final pre-trial conference shall be continued from June 25, 2021 to January 14, 2022 at 10:00 a.m.;

4. The trial date of August 2, 2021 is continued to March 7, 2022 at 9:00 a.m.

Further, not later than fourteen (14) days prior to the close of the continued discovery cut-off date, the parties will file a brief Joint Mid-Litigation Statement summarizing all law and motion practice heard by the court as of the date of the filing of the statement, whether the court has disposed of the motion at the time the statement is filed and served, and the likelihood that any further motions will be noticed prior to the close of law and motion.

**IT IS SO ORDERED.**

Dated: February 4, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE