Ognian A. Gavrilov (SBN 258583)
J. Edward Brooks (SBN 247767)
Hannah B. Fernandez (SBN 294155)
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Phone: (916) 504-0529
Facsimile: (916) 727-6877
Email: ognian@gavrilovlaw.com

*Attorneys for Plaintiff Thomas Aldredge*

Dana B. Denno (SBN 227971)
McCORMICK BARSTOW, LLP
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
Email: dana.denno@mccormickbarstow.com

*Attorneys for Defendant State Farm
Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALDREDGE,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　　Defendant. | Case No. 2:19-CV-01140-JAM-KJN<br><br>**JOINT STIPULATION TO CONTINUE TRIAL AND CERTAIN DATES IN PRETRIAL ORDER; ORDER**<br><br>Judge:　　　　John A. Mendez<br>Courtroom:　　6<br><br>Complaint Filed:　　June 21, 2019<br>Current Trial Date:　March 7, 2022<br>Proposed Trial Date:　May 23, 2022 |

1  Plaintiff Thomas Aldredge ("Plaintiff") and Defendant State Farm Mutual Automobile
2  Insurance Company ("Defendant"), through their counsel (together, the "Parties"), hereby
3  stipulate as follows:
4  WHEREAS, the Court held the Pretrial Conference in this matter on January 14, 2022 and
5  issued the Pretrial Conference Order the same day (ECF 36);
6  WHEREAS, Plaintiff filed Plaintiff's Responses to Pretrial Order on January 21, 2022
7  (ECF 37);
8  WHEREAS, on January 27, 2022, the Court issued its Amended Pretrial Conference
9  Order (ECF 40) (hereafter "Pretrial Order");
10 WHEREAS, the Order directed counsel for the Parties to contact Gabriel Michel, Deputy
11 Courtroom Clerk, on February 25, 2022 ten (10) days prior to trial to ascertain the status of the
12 March 7, 2022 trial date (ECF 40 at 15);
13 WHEREAS, the office of Plaintiff's counsel contacted Mr. Michel on February 18, 2022
14 and was informed that if all parties stipulated to do so, the trial could be continued to May 9,
15 2022;
16 WHEREAS, Plaintiff's counsel has a trial beginning May 9, 2022 in another matter,
17 requested additional dates on which the trial in this matter might be held, and was provided May
18 23, 2022 or June 9, 2022;
19 WHEREAS, the Parties agree to continue the trial to May 23, 2022 at 9:00 a.m.;
20 NOW THEREFORE, IT IS STIPULATED between the Parties, subject to the Court's
21 consent, that the date of trial and other dates in the Pretrial Order be modified and continued as
22 follows:

| Event(s) or Deadlines | Original Date | Continued Date |
|---|---|---|
| Trial | March 7, 2022 | May 23, 2022 |
| • Submit disputed jury instructions | March 4, 2022 | May 20, 2022 |
| • E-file opposition briefs | March 2, 2022 | May 18, 2022 |
| • E-file & exchange portions of answers to | February 28, 2022 | May 9, 2022 |

| | | |
|---|---|---|
| • interrogatories and/or requests for admission<br>• E-file & exchange statement designating portions of deposition testimony<br>• Lodge depositions<br>• Lodge joint set of jury instructions<br>• Submit proposed verdict forms<br>• Submit proposed voir dire questions<br>• E-file joint statement of case<br>• E-file & serve trial briefs | | |
| • E-file motions in limine<br>• File & serve objections to exhibits | February 25, 2022 | May 6, 2022 |

Dated: February 23, 2022         GAVRILOV & BROOKS

                        By:   */s/ Hannah B. Fernandez*
                              Hannah B. Fernandez

                              Attorneys for Plaintiff
                              THOMAS ALDREDGE

                              MCCORMICK BARSTOW LLP

                        By:   */s/ Dana Denno*
                              DANA DENNO (as authorized on February 23, 2022)

                              Attorneys for Defendant
                              STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

3
STIPULATION TO CONTINUE TRIAL AND CERTAIN DATES IN PRETRIAL ORDER; ORDER

## **ORDER**

Having found good cause, the trial and associated deadlines in the Pretrial Order are continued as stated in the Parties' Stipulation to Continue Trial and Certain Dates in Pretrial Order.

**IT IS SO ORDERED.**

DATED: February 23, 2022                  /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE