Ognian A. Gavrilov (SBN 258583)
J. Edward Brooks (SBN 247767)
Hannah B. Fernandez (SBN 294155)
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Phone: (916) 504-0529
Facsimile: (916) 727-6877
Email: ognian@gavrilovlaw.com

*Attorneys for Plaintiff Thomas Aldredge*

Dana B. Denno (SBN 227971)
McCORMICK BARSTOW, LLP
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
Email: dana.denno@mccormickbarstow.com

*Attorneys for Defendant State Farm
Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALDREDGE,<br><br>       Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>       Defendant. | Case No. 2:19-CV-01140-JAM-KJN<br><br>**JOINT STIPULATION TO CONTINUE CERTAIN DATES IN PRETRIAL ORDER; ORDER**<br><br>Judge:        John A. Mendez<br>Courtroom:    6<br><br>Complaint Filed:    June 21, 2019<br>Current Trial Date:  March 7, 2022<br>Proposed Trial Date:  May 23, 2022 |

JOINT STIPULATION TO CONTINUE CERTAIN DATES IN PRETRIAL ORDER; ORDER

Plaintiff Thomas Aldredge ("Plaintiff") and Defendant State Farm Mutual Automobile Insurance Company ("Defendant"), through their counsel (together, the "Parties"), hereby stipulate as follows:

WHEREAS, the Court held the Pretrial Conference in this matter on January 14, 2022 and issued the Pretrial Conference Order the same day (ECF 36);

WHEREAS, Plaintiff filed Plaintiff's Responses to Pretrial Order on January 21, 2022 (ECF 37);

WHEREAS, on January 27, 2022, the Court issued its Amended Pretrial Conference Order (ECF 40) (hereafter "Pretrial Order");

WHEREAS, on February 24, 2022, the Court issued an Order continuing the trial and related dates (ECF 42);

WHEREAS, on April 29, 2022, the Court issued an Order due to the Court's impacted trial calendar, on its own motion, to continue the trial set for May 23, 2022 to September 12, 2022.

WHEREAS, the Court Clerk contacted counsel on that same date to advise that in light of the new trial date, the parties may stipulate to new pretrial filing deadlines consistent with the Amended Pretrial Conference Order.

NOW THEREFORE, IT IS STIPULATED between the Parties, subject to the Court's consent, that the date of trial and other dates in the Pretrial Order be modified and continued as follows:

| Event(s) or Deadlines | Original Date | Continued Date |
|---|---|---|
| Trial | May 23, 2022 | September 12, 2022 |
| • Submit disputed jury instructions | May 20, 2022 | September 9, 2022 |
| • E-file opposition briefs | May 18, 2022 | September 7, 2022 |
| • E-file & exchange portions of answers to interrogatories and/or requests for admission <br> • E-file & exchange statement designating portions of deposition | May 9, 2022 | August 29, 2022 |

| | | |
|---|---|---|
| testimony<br>• Lodge depositions<br>• Lodge joint set of jury instructions<br>• Submit proposed verdict forms<br>• Submit proposed voir dire questions<br>• E-file joint statement of case<br>• E-file & serve trial briefs | | |
| • E-file motions in limine<br>• File & serve objections to exhibits | May 6, 2022 | August 26, 2022 |

Dated: May 6, 2022                        GAVRILOV & BROOKS

                        By:   /s/ Hannah B. Fernandez
                              Hannah B. Fernandez

                              Attorneys for Plaintiff
                              THOMAS ALDREDGE

                              MCCORMICK BARSTOW LLP

                        By:   /s/  Dana B. Denno
                              DANA B. DENNO

                              Attorneys for Defendant
                              STATE FARM MUTUAL AUTOMOBILE
                              INSURANCE COMPANY

---

JOINT STIPULATION TO CONTINUE CERTAIN DATES IN PRETRIAL ORDER; ORDER

### ORDER

Having found good cause, the trial and associated deadlines in the Pretrial Order are continued as stated in the Parties' Stipulation to Continue Certain Dates in Pretrial Order.

**IT IS SO ORDERED.**

DATED:  May 6, 2022                              /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE