Ognian A. Gavrilov (SBN 258583)
J. Edward Brooks (SBN 247767)
Hannah B. Fernandez (SBN 294155)
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Phone: (916) 504-0529
Facsimile: (916) 727-6877
Email: ognian@gavrilovlaw.com

*Attorneys for Plaintiff Thomas Aldredge*

Dana B. Denno (SBN 227971)
McCORMICK BARSTOW, LLP
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
Email: dana.denno@mccormickbarstow.com

*Attorneys for Defendant State Farm
Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALDREDGE,<br><br>            Plaintiff,<br><br> v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>            Defendant. | CASE NO.: 2:19-CV-01140-JAM-KJN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>Judge:         John A. Mendez<br>Courtroom:  6, 14th Floor |

## **STIPULATION**

Pursuant to Local Rule 160 and Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties, counsel of record for Plaintiff Thomas Aldredge and Defendant State Farm Mutual Insurance Company (together, the "Parties"), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

The Parties request the Court issue an order dismissing this action with prejudice and without an award of costs or attorneys' fees.

Respectfully submitted,

Dated: November 7, 2022                    GAVRILOV & BROOKS

/s/ *Hannah B. Fernandez*
Ognian Gavrilov
Hannah B. Fernandez
*Attorneys for Plaintiff Thomas Aldredge*


Dated: November 7, 2022                    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

*/s/ Dana B. Denno* (as authorized on November 7, 2022)
Dana B. Denno
Graham A. Van Leuven
Attorneys for State Farm Mutual Automobile Insurance Company

## **ORDER**

Having found good cause, the Court GRANTS the Parties' stipulation and dismisses this action with prejudice and without an award of costs or attorneys' fees.

**IT IS SO ORDERED.**

DATED: November 8, 2022         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE